PETER STIRBA (Bar No. 3118)
KATHLEEN ABKE (Bar No. 12422)
**STIRBA, P.C.**
215 South State Street, Suite 750
P.O. Box 810
Salt Lake City, Utah 84110-0810
Telephone: (801) 364-8300
Facsimile: (801) 364-8355
E-mail: kabke@stirba.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAROLYN CLARK on behalf of the ESTATE OF TROY BURKINSHAW and on behalf of the HEIRS OF TROY BURKINSHAW<br><br>Plaintiffs,<br><br>v.<br><br>BOX ELDER COUNTY, J. LYNN YEATES; and AUSTIN BOWCUTT,<br><br>Defendant. | NOTICE OF APPEAL<br><br>Case No. 1:13-cv-00079-CW<br><br>Judge Clark Waddoups |

Defendants, by and through the undersigned counsel, pursuant to Rules 3(a), 3(c), and 4 of the *Federal Rules of Appellate Procedure*, hereby respectfully appeal to the United States Court of Appeals for the Tenth Circuit from the District Court's denial of qualified immunity to Defendant Austin Bowcutt as set forth in the Court's Memorandum Decision and Order Denying Defendant's Motion for Summary Judgment, docket entry 90, entered on December 3, 2014.

DATED this 30th day of December, 2014.

        **STIRBA, P.C.**

        _/s/ Kathleen Abke_
        PETER STIRBA
        KATHLEEN ABKE
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December, 2014, a true copy of the foregoing **NOTICE OF APPEAL** was served by the method indicated below, to the following:

| | |
|---|---|
| James W. McConkie | ( ) U.S. Mail, Postage Prepaid |
| Bradley H. Parker | ( ) Hand Delivered |
| W. Alexander Evans | ( ) Overnight Mail |
| PARKER & MCCONKIE | ( ) Facsimile |
| 5664 South Green Street | (X) Electronic Filing |
| Salt Lake City, Utah 84123 | ( ) E-mail |

/s/ Zachary B. Hoddy
Legal Assistant