FILED
United States Court of Appeals
Tenth Circuit

January 31, 2017

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

CAROLYN CLARK, on behalf of the Estate of Troy Burkinshaw and on behalf of the heirs of Troy Burkinshaw,

    Plaintiff - Appellee,

v.

AUSTIN BOWCUTT,

    Defendant - Appellant,

and

BOX ELDER COUNTY, et al.,

    Defendants.

No. 14-4163

_____

**ORDER**
_____

Before **BRISCOE**, **HOLMES**, and **MORITZ**, Circuit Judges.
_____

    Appellee's petition for rehearing is denied.

    The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk