PETER STIRBA (Bar No. 3118)
CHASE AMES (Bar No. 15525)
**STIRBA, P.C.**
215 South State Street, Suite 750
P.O. Box 810
Salt Lake City, Utah 84110-0810
Telephone: (801) 364-8300
Facsimile: (801) 364-8355
E-mail: cames@stirba.com
***Attorneys for Defendants***

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAROLYN CLARK on behalf of the ESTATE OF TROY BURKINSHAW and on behalf of the HEIRS OF TROY BURKINSHAW,<br><br>    Plaintiffs,<br><br>v.<br><br>BOX ELDER COUNTY, J. LYNN YEATES and AUSTIN BOWCUTT,<br><br>    Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:13CV00079-CW<br><br>Judge Clark Waddoups |

Based on the Stipulation to and Motion for Order of Dismissal with Prejudice filed by Plaintiff and Defendants, in which Defendants agree to waive recovery of costs as a prevailing party in the case in exchange for Plaintiffs' agreement to waive all rights of appeal, the Court hereby GRANTS the motion and dismisses the case WITH PREJUDICE. As such, Defendants' Bill of Costs (Docket No. 106) is MOOT.

DATED this 28th day of March, 2017.

BY THE COURT:

Clark Waddoups
United States District Court
District of Utah


**STIRBA, P.C.**


By:   /s/ *Chase Ames*
PETER STIRBA
CHASE AMES
***Attorneys for Defendants***


**PARKER & MCCONKIE**


By:   /s/ *James W. McConkie*
James W. McConkie
Bradley H. Parker
***Attorneys for Plaintiff***